UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD OTTO VON LOCHAUSEN, IV,
Inmate No. 2100230161,
     Plaintiff,

vs.                                     Case No.: 3:21cv4194/LAC/EMT

FLORIDA SUPREME COURT,
     Defendant.
_____/

## ORDER

     The chief magistrate judge issued a Report and Recommendation on January 3, 2022 (ECF No. 7).  The court attempted to provide Plaintiff a copy of the Report and Recommendation to afford Plaintiff an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), but the mail was returned as undeliverable, and there is no forwarding address (*see* ECF No. 8).

     Having considered the Report and Recommendation, I have determined it should be adopted.

     Accordingly, it is **ORDERED**:

     1.    The chief magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2.      This action is **DISMISSED with prejudice** for Plaintiff's failure to state a claim upon which relief can be granted.

3.      The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 7th day of January, 2022.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**